IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED NOV 3 '98 DAVID W. DANIEL, CLERK U.S. DISTRICT COURT E. DIST. N. CAR.

No. 5:97-CV-770-H2

JAMES CECIL WEAR, JR., Plaintiff,

v.

JOHNSTON COMMUNITY COLLEGE, Defendant.

**ORDER**

CIV OB# 58, P-100

This matter is before the court on plaintiff's motion to alter or amend judgment and for a determination of the amount of attorney's fees due plaintiff pursuant to this court's previous order. These matters are ripe for ruling.

## I. Motion to Alter or Amend Judgment

On July 29, 1998, this court entered an order granting defendant's motion for summary judgment and defendant's motion for attorney's fees. Plaintiff requests the court to amend the judgment and deny the award of attorney's fees. In its previous order, the court found that an award of attorney's fees was proper since plaintiff's complaint was frivolous, was filed to thwart the lawful collection of taxes, and defendant had been made a victim in plaintiff's private battle against the IRS.

A thorough review of the record reveals that plaintiff neither asserts new facts nor raises new legal arguments in his motion to alter or amend judgment. Plaintiff has presented no new grounds



21

pursuant to Rule 60, Fed. R. Civ. P., which would justify relief from the court's order of summary judgment and award of attorney's fees. Therefore, plaintiff's motion to alter or amend judgment is DENIED.

## II. Motion for Attorney's Fees

This court previously granted defendant's motion for attorney's fees and ordered defendant to submit an itemized statement of the hours spent by its attorney on this case, together with a figure for the reasonable value of the hourly rate of such services. Plaintiff was granted twenty (20) days to file objections to defendant's itemized statement.

On August 24, 1998, defendant filed an affidavit of its attorney, Gordon C. Woodruff, which included the itemization requested by the court. According to the affidavit, Mr. Woodruff spent 53.10 hours in the preparation of this case between October 1, 1997 through August 3, 1998. Mr. Woodruff usually does work for Johnston Community College at a rate of $90.00 per hour. Mr. Woodruff also incurred expenses in the amount of $790.36 for computer assisted legal research. Plaintiff has not filed an objection to the itemized list of fees. The court finds that the amounts claimed by Attorney Woodruff are reasonable under the circumstances.

## CONCLUSION

Based on the foregoing, plaintiff's motion to alter or amend

judgment is DENIED. Defendant is awarded attorney's fees in the amount of $4779.00 and expenses in the amount of $790.36 for a total amount of $5569.36.

This the 3rd day of November, 1998.

MALCOLM J. HOWARD
United States District Judge

At Greenville, NC
#24MJ