# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

JAMES CECIL WEAR, JR.
Plaintiff

v.

JOHNSTON COMMUNITY COLLEGE

Defendant

JUDGMENT IN A CIVIL CASE

CASE NO. 5:97-CV-770-H2

FILED NOV 3 '98 DAVID W. DANIEL, CLERK U.S. DIST. COURT E. DIST. N. CAR.

CIV OB # 58, P-101

_______ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the defendant is awarded attorney's fees in the amount of $4,779.00 and expenses in the amount of $790.36 for a total amount of $5,569.36.

**SO ORDERED - s/Malcolm J. Howard, United States District Judge.**

**The Above Judgment filed and entered November 3, 1998 and copies mailed to:**

James Cecil Wear, Jr., Pro Se
120 South Ridge Drive
Dudley, NC 28333

Gordon C. Woodruff
Attorney at Law
P.O. Box 708
Smithfield, NC 27577

November 3, 1998
Date

David W. Daniel
Clerk

(By) Deputy Clerk



22